AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

JOHEIDI MARTINEZ,

     Plaintiff,

     v.

A. VITERI # 14342, C.S. DUNN # 6105, and
the CITY OF CHICAGO,

     Defendants.

**SUMMONS IN A CIVIL CASE**

Case No:
Assigned Judge:

Designated
Magistrate Judge:

# 08 C 667

**JUDGE BUCKLO**
**MAGISTRATE JUDGE SCHENKIER**

To: CITY OF CHICAGO
C/o City Clerk
121 N. LaSalle, Room 107
Chicago, IL 60601

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

     Blake Horwitz
     LAW OFFICES OF BLAKE HORWITZ, LTD.
     155 N. Michigan, #723
     Chicago, IL 60601

an answer to the complaint which is herewith served upon you, _____20_____ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by
default will be taken against you for the relief demanded in the complaint. You must also file your
answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____    _____
(By) Deputy Clerk    Date

**Michael W. Dobbins, Clerk**

_Paul S. Harrison_

**(By) DEPUTY CLERK**

**January 30, 2008**

**Date**

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | Date 2/8/08 | |
| NAME OF SERVER *(PRINT)* John Ochoa | TITLE Law Clerk | |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: City Hall C/O City Clerk
121 N Lasalle rm 107 Chicago, IL 60602

☐ Left Copies thereof at the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein

Name of Person with whom the summons and complaint were left: _____

☐ Return unexecuted: _____

_____

_____

☐ Other specify: _____

_____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on 2/8/08
Date

_____
Signature of Server

155 N. Michigan Ave #723 Chicago, IL
60601
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.