IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOHEIDI MARTINEZ, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 667 |
| | ) | |
| v. | ) | Judge Bucklo |
| | ) | |
| A. VITERI #14342, C.S. DUNN #6105, | ) | Magistrate Judge Schenkier |
| and the CITY OF CHICAGO, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' AGREED MOTION TO EXTEND
THE TIME IN WHICH TO ANSWER OR OTHERWISE PLEAD**

Defendants, the City of Chicago and Chicago Police Officers Christine Dunn and Angelica Viteri, by one of their attorneys, Kathryn M. Doi, Assistant Corporation Counsel, respectfully request this Honorable Court for an extension of time up to and including March 28, 2008 in which to answer or otherwise plead to Plaintiff's Complaint.

In support of this motion, Defendants state:

1. This matter was filed on January 30, 2008, naming the above-listed individual officers and the City as defendants.

2. Summons and Complaint have recently been served on Defendant City and personally served on each of the Defendant Officers. The undersigned is representing both Defendant City and the individual officers in this matter. As such, the undersigned wishes to file one answer to Plaintiff's Complaint on behalf of all Defendants.

3. To that end, the undersigned has not yet been able to interview the police personnel necessary to answer or otherwise plead to Plaintiff's Complaint.

4. The undersigned also has ordered, but has not yet received, all of the Chicago

Police Department records to enable Defendants to properly respond to Plaintiff's Complaint.

5.      This motion is Defendants' first request for an extension of time to answer or otherwise plead.  Such a request will not unduly delay the resolution of the disputed issues, nor will it prejudice the plaintiff.

6.      Plaintiff's counsel was informed of the content of this motion on March 6, 2008 and agrees with its terms.

**WHEREFORE**, Defendants respectfully request that they be given until March 28, 2008 to answer or otherwise plead to Plaintiff's Complaint.

                          Respectfully Submitted,

                          **/s/ Kathryn M. Doi**
                          KATHRYN M. DOI
                          Assistant Corporation Counsel

Suite 1400
30 N. LaSalle Street
Chicago, IL 60602
(312) 744-0742
Attorney No. 06274825