**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JOHEIDI MARTINEZ, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 667 |
| | ) | |
| v. | ) | Judge Bucklo |
| | ) | |
| A. VITERI #14342, C.S. DUNN #6105, | ) | Magistrate Judge Schenkier |
| and the CITY OF CHICAGO, | ) | |
| | ) | JURY DEMANDED |
| Defendants. | ) | |

## NOTICE OF FILING AND CERTIFICATE OF SERVICE

**TO:**  Blake Horwitz
Erica E. Faaborg
Law Offices of Blake Horwitz, Ltd.
155 N. Michigan, Suite 723
Chicago, IL 60601

      **PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT, DEFENSES AND JURY DEMAND**, a copy of which is attached hereto and herewith served upon you.

      I hereby certify that I have caused a true and correct copy of the above and foregoing to be delivered via ECF electronic filing to the person named above on this March 28, 2008.

                  Respectfully Submitted,

                  **/s/ Kathryn M. Doi**
                  KATHRYN M. DOI
                  Assistant Corporation Counsel

30 N. LaSalle, Suite 1400
Chicago, IL  60602
(312) 744-0742
Attorney No. 06274825