IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHEIDI MARTINEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>A. VITERI # 14342, C.S. DUNN # 6105, and the CITY OF CHICAGO,<br><br>    Defendants. | No. 08-c-667<br><br>Judge Bucklo<br>Magistrate Judge Schenkier |

## REPORT OF PARTIES PLANNING MEETING

1. **Meeting.** Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on March 10, 2008, via the telephone and was attended by:

    Erica Faaborg for Plaintiff
    Kathryn Doi for Defendants.

2. **Pre-trial Schedule.** The parties jointly propose to the court the following discovery plan:

    a. Discovery will be needed on the following subjects: probable cause to arrest, the permissible level of force to be used while effectuating an arrest.

    b. Disclosures pursuant to Fed. R. Cil. 26(a)(1) to be made by April 30, 2008. All discovery to be commenced in time to be completed by September 19, 2008.

    c. The parties expect they will need approximately 8-10 depositions.

    d. The parties do not anticipate the use of Rule 26(a)(2) experts.

    e. The parties do not anticipate filing any dispositive motions.

    f. Final pretrial order: Plaintiff to prepare proposed draft by October 13, 2008; parties to file joint final pretrial order by October 20, 2008.

    g. The case should be ready for trial by November 10, 2008 and at this time is expected to take approximately 3 days.

3. **Settlement**. At least 14 days prior to the Rule 16(b) scheduling conference, Plaintiff is directed to make a written settlement demand to the Defendants. At least 7 days prior to the scheduling conference Defendants are to respond in writing to the Plaintiff's settlement demand.

4. **Consent**. Parties do not unanimously consent to proceed before a Magistrate Judge.

Respectfully submitted,

s/Erica Faaborg                                    s/Kathryn Doi (w/permission)
Attorney for the Plaintiff                     Attorney for Defendants
Erica Faaborg                                      Kathryn Doi

**THE LAW OFFICES OF BLAKE HORWITZ, LTD.**
155 N. Michigan Ave., Suite 723
Chicago, IL  60601
(312) 616-4433
(312) 565-7173 (Fax)