IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHEIDI MARTINEZ,<br><br>    Plaintiff,<br><br>v.<br><br>A. VITERI #14342, C.S. DUNN #6105, and the CITY OF CHICAGO,<br><br>    Defendants. | Judge Bucklo<br>Magistrate Judge Schenkier<br><br>No. 08-cv-00667 |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 7, 2008, pursuant to Fed.R.Civ.P. 5 and the Northern District of Illinois's General Order on Electronic Case Filing, sec. XI, I caused the following documents:

REPORT OF PARTIES PLANNING MEETING

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an enotice of the electronic filing to the following:

Kathryn Doi          kdoi@cityofchicago.org
Blake Horwitz       bwhorwitz@att.net
Erica Faaborg       Erica.lobh@gmail.com

>  s/Erica Faaborg
>  Erica Faaborg
>  Horwitz, Richardson, & Baker
>  20 S. Clark, Suite 500
>  Chicago, Illinois  60603
>  Tel: (312) 676-2100
>  Fax: (312) 372-7076