**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Joheidi Martinez
                       Plaintiff,

v.                                               Case No.: 1:08−cv−00667
                                                     Honorable Elaine E. Bucklo

A. Viteri, et al.
                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 10, 2008:

      MINUTE entry before Judge Honorable Elaine E. Bucklo:Scheduling conference held on 4/10/2008 and the court approved parties' scheduling order.Status hearing set for 7/22/2008 at 09:30 AM. Discovery ordered closed by 9/19/2008. Motions in limine with supporting memoranda due by 10/20/2008. Pretrial Order due by 10/20/2008. Responses due by 11/3/2008. Pretrial Conference set for 11/6/2008 at 04:30 PM. Jury Trial set for 11/10/2008 at 09:30 AM. Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.