

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOHEIDI MARTINEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 08 C 667 |
| | ) | |
| CHICAGO POLICE OFFICERS ANGELICA VITERI (STAR # 14342), CHRISTINE DUNN (STAR # 6105) and the CITY OF CHICAGO, | ) ) ) ) | Judge Bucklo |
| | ) | |
| Defendants. | ) | |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

| | |
|---|---|
| ERICA FAABORG<br>Attorney for Plaintiff<br>Horwitz, Richardson & Baker, LLC<br>20 S. Clark St., Suite 500<br>Chicago, IL 60603<br>(312) 676-2100<br>Attorney No. 6291537<br>DATE: April 17, 2008 | KATHRYN M. DOI<br>Assistant Corporation Counsel<br>Attorney for Defendants<br>30 N. LaSalle Street, Suite 1400<br>Chicago, IL 60602<br>(312) 744-0742<br>Attorney No. 6274825<br>DATE: 4/21/08 |

08 C 667