

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOHEIDI MARTINEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 08 C 667 |
| | ) | |
| CHICAGO POLICE OFFICERS ANGELICA VITERI (STAR # 14342), CHRISTINE DUNN (STAR # 6105) and the CITY OF CHICAGO, | ) ) ) ) | Judge Bucklo |
| | ) | |
| Defendants. | ) | |

### AGREED ORDER OF DISMISSAL

This matter coming before the Court on the Stipulation of the parties, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, plaintiff, Joheidi Martinez, by one of her attorneys, Erica Faaborg of Horwitz, Richardson & Baker, LLC, and defendants, City of Chicago, Angelica Viteri and Christine Dunn, by one of their attorneys, Kathryn M. Doi, Assistant Corporation Counsel, and the parties having entered into a Release and Settlement Agreement and Stipulation to Dismiss, the Court being otherwise fully advised in the premises, hereby incorporates the terms of the Release and Settlement Agreement herein and further orders as follows:

All of the claims of plaintiff, Joheidi Martinez, against defendants, City of Chicago, Angelica Viteri and Christine Dunn, are dismissed with prejudice and with each side bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement.

ENTER: *Elaine E. Bucklo*

The Honorable Elaine E. Bucklo
United States District Judge

DATED: 4/22/08